ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Eliyahou HARARI, Robert D. Norman, and Sanjay Mehrotra, Appellants,

v.

Roger LEE and Fernando Gonzalez, Appellees.

No. 2010–1075.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2010.

Timothy R. Volpert, William A. Birdwell, Davis Wright Tremaine LLP, Portland, OR, for Appellants.

Thomas J. D'Amico, Eric Oliver, Megan S. Woodworth, Dickstein Shapiro LLP, Washington, DC, for Appellees.

## ON MOTION

### ORDER

Upon consideration of Eliyahou Harari et al.'s unopposed motions to lift the stay of proceedings and set the briefing schedule,

IT IS ORDERED THAT:

The motions are granted. The stay is lifted. The appellants' initial brief is due

within 40 days from the date of filing of this order.

Eliyahou HARARI, Robert D. Norman, and Sanjay Mehrotra, Appellants,

v.

Andrei MIHNEA, Jeffrey Kessenich, and Chun Chen, Appellees.

No. 2010–1076.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2010.

## ON MOTION

### ORDER

Upon consideration of Eliyahou Harari et al.'s unopposed motions to lift the stay of proceedings and set the briefing schedule,

IT IS ORDERED THAT:

The motions are granted. The stay is lifted. The appellants' initial brief is due